IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLAWOOD PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>    Plaintiffs,<br><br>  v.<br><br>ADRIAN VUCKOVICH, an individual; COLLINS, BARGIONE & VUCKOVICH, a partnership; and DOES 1 – 50, inclusive,<br><br>    Defendants. | Case No. 1:17-cv-1640<br><br>Honorable Andrea R. Wood |

### PLAINTIFFS' STATUS REPORT

Plaintiffs Bill A. Busbice, Jr., Ollawood Productions, LLC, and Ecibsub LLC submit the following Status Report to request that the Court address certain outstanding case management issues in the above-captioned matter at the status conference presently scheduled for September 27, 2017 at 9:00 a.m.

  **1.**  **Defendants' Pending Motion to Dismiss**

This matter originally was filed in the Central District of California before Judge Percy Anderson. On January 23, 2017, along with their motion to transfer venue, Defendants Adrian Vuckovich and Collins, Bargione & Vuckovich ("Defendants") filed a Rule 12(b)(6) Motion to Dismiss Counts 1 and 2 of the Second Amended Complaint (Dkt. 24). In granting the motion to transfer to this district, Judge Anderson "declin[ed] to address Defendants' motion to dismiss for failure to state a claim" finding that "[t]hose issues are best addressed by the Northern District of Illinois." (March 1, 2017 Order (Dkt. 30).) Pursuant to the Minute Order this Court issued on March 23, 2017 (Dkt. 50), Defendants refiled their motion to dismiss, along with Plaintiffs'

response, declaration in support of the response, and request for judicial notice, and Defendants' reply. (See Dkt. 51 through 55, respectively.) Accordingly, the motion to dismiss is fully briefed, but is still pending before this Court. Because the motion is still pending, Defendants have not yet answered the operative Second Amended Complaint. (See Dkt. 21.)

## 2. Protective Order

Previously, in a Joint Initial Statue Report filed with the Court on April 4, 2017 as well as in person at the April 12, 2017 status hearing, the parties agreed to entry of a protective order pursuant to Rule 26(c) and Local Rule 26.2. Specifically, the Joint Initial Statue Report states "the parties request that the court enter the proposed order attached hereto as Exhibit B as the protective order governing the case." (Dkt. 57.) The parties have been operating under the agreement that the protective order was entered as of the date of the status hearing held on April 12, 2017 but Plaintiffs would request that the Court formally enter the protective order that is reattached to this document as Exhibit 1.

## 3. Appointment of Magistrate Judge

A magistrate judge has not yet been appointed in this matter. While Plaintiffs do not presently anticipate that there will be a discovery dispute, Plaintiffs intend to continue to move forward in discovery, including depositions, and thus request that a magistrate judge be appointed in the event a discovery dispute should arise. As discussed below, Plaintiffs also believe that the appointment of a magistrate judge may be productive for the purposes of facilitating a settlement conference.

**4.** **Scheduling a Trial Date**

This Court's April 12, 2017 Minute Order (Dkt. 59)(the "April 12 Order") set forth the discovery schedule in this matter, but did not set forth a trial date. Plaintiffs respectfully request that this Court set a trial date of June 15, 2018, with a pretrial conference date of June 4, 2018. Plaintiffs estimate that the trial in this matter will take three to five days.

**5.** **Settlement**

The April 12 Order mandated that the parties "be prepared to discuss whether a settlement conference before the magistrate judge would be helpful." Plaintiffs believe that such a conference would be helpful and request that one be scheduled upon the appointment of a magistrate judge in this matter.


Dated: September 12, 2017         Respectfully submitted,

By: */s/ Robert E. Browne, Jr.*
Robert E. Browne, Jr.
TROUTMAN SANDERS LLP
One North Wacker Drive, Suite 2905
Chicago, IL 60606
312.759.1920
robert.browne@troutmansanders.com

Paul L. Gale (admitted pro hac vice)
Edward Kim (admitted pro hac vice)
Lauren E. Grochow (admitted pro hac vice)
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
949-622-2700
paul.gale@troutmansanders.com
lauren.growchow.troutmansanders.com

*Attorneys for Plaintiffs*
*BILL A. BUSBICE, JR., OLLAWOOD*
*PRODUCTIONS, LLC, and ECIBSUB, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the above and foregoing pleading was served on September 12, 2017 via the Court's CM/ECF system on all counsel of record.

                                                s/ Robert E. Browne, Jr.
                                                Robert E. Browne, Jr
                                                TROUTMAN SANDERS LLP
                                                One North Wacker Drive, Suite 2905
                                                Chicago, IL 60606
                                                (312) 759-1933
                                                E-mail: robert.browne@troutmansanders.com