Troutman Sanders LLP
One North Wacker Drive, Suite 2905
Chicago, IL 60606



troutman.com

**Robert E. Browne, Jr.**
robert.browne@troutman.com

November 29, 2017

**HAND DELIVERY**

Honorable Andrea R. Wood
Evert McKinley Dirksen Courthouse
219 South Dearborn Street
Room 1956
Chicago, IL 60604

Re:     **Bill A. Busbice Jr., et al v. Adrian Vuckovich, et al.**
        **Case No.: 1:17-cv-01640**

Dear Judge Wood:

My firm represents the Plaintiffs in the above-referenced matter. At the status hearing held on September 27, 2017, the Court indicated that, if possible, it would make itself available to address any issues of attorney-client privilege that might arise in the depositions of Defendants. The Court further indicated that the parties should provide the dates of the depositions so that the Court is aware of when they are to take place. Pursuant to this discussion with the Court, Plaintiffs provide the following information on the deposition of the Defendants.

- The 30(b)(6) deposition of Defendant Collins, Bargione & Vuckovich is scheduled for November 30, 2017 at 9:30 a.m.

- The Deposition of Defendant Adrian Vuckovich is scheduled for December 1, 2017, at 9:30 a.m.

Sincerely,

TROUTMAN SANDERS LLP

Robert E. Browne, Jr.
REB:stw

cc:     Counsel of Record