IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLAWOOD PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>ADRIAN VUCKOVICH, an individual; COLLINS, BARGIONE & VUCKOVICH, a partnership; and DOES 1 – 50, inclusive,<br><br>    Defendants. | Case No. 1:17-cv-1640<br><br>Honorable Andrea R. Wood<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND CASE DEADLINES

Plaintiffs Bill A. Busbice, Jr., Ollawood Productions, LLC, and Ecibsub, LLC ("Plaintiffs") and Defendants Adrian Vuckovich and Collins, Bargione & Vuckovich ("Defendants") (collectively, the "Parties"), by and through their attorneys, pursuant to Federal Rule of Civil Procedure 16(b)(4) and with good cause, hereby move to continue the remaining case deadlines. In support, the parties state as follows:

1. Fact discovery is set to close in this case on December 15, 2017;

2. The Parties have diligently sough discovery from each other. However, due to witness availability and several upcoming holidays, at least one noticed deposition cannot go forward before the end of fact discovery;

3. This is the Parties' first request for an extension of case deadlines. This motion is not made in bad faith. Rather, an extension is necessary to complete the deposition identified above, and to ensure that any other depositions or written discovery resulting from that

33369940

deposition can be completed before the deadline. The parties do not anticipate that any further discovery extensions will be necessary.

4. Accordingly, the Parties request that the remaining case deadlines in this matter be extended two months.

5. The requested extension does not impact the currently set final pre-trial conference or trial date.

**Wherefore**, the Plaintiffs and Defendants jointly request that the case deadlines be amended as follows:

| **Deadline** | **Original Deadline** | **Amended Deadline** |
| --- | --- | --- |
| Fact Discovery Cut-off | December 15, 2018 | February 28, 2018 |
| Plaintiffs' Expert Disclosure and Reports due | January 31, 2018 | April 12, 2018 |
| Last Day to Depose Plaintiffs' Expert(s) | February 28, 2018 | May 11, 2018 |
| Defendants' Expert Disclosure and Reports due | March 31, 2018 | June 14, 2018 |
| Last Day to Depose Defendants' Expert(s) | April 30, 2018 | July 13, 2018 |
| Deadline to Hear Dispositive Motions | May 31, 2018 | August 14, 2018 |
| Final Pre-Trial Conference | October 1, 2018 at 1:00 p.m. | No Change |
| Trial | October 9, 2018 at 9:00 a.m. | No Change |

33369940

Dated: December 6, 2017          Respectfully submitted,

By: /s/ Paul L. Gale
    Paul L. Gale
    Lauren E. Grochow
    TROUTMAN SANDERS LLP
    5 Park Plaza, Suite 1400
    Irvine, CA 92614
    949-622-2700
    Email: paul.gale@troutmansanders.com
    Email: lauren.grochow@troutmansanders.com

    Robert E. Browne, Jr.
    TROUTMAN SANDERS LLP
    55 West Monroe Street, Suite 3000
    Chicago, IL 60603
    Email: robert.browne@troutmananders.com

    Attorneys for Plaintiffs
    BILL A. BUSBICE, JR., OLLAWOOD
    PRODUCTIONS, LLC, and ECIBSUB, LLC

Dated: December 6, 2017          Respectfully submitted,

By: /s/ Amir Tahmassebi
    Thomas J. Long
    David F. Konicek
    Amir Tahmassebi
    KONICEK & DILLON, P.C.
    21 West State Street
    Geneva, IL 60134
    630-262-9655
    Email: tlong@konicekdillonlaw.com
    Email: dan@konicekdillonlaw.com
    Email: amir@knoicekdillonlaw.com

    Attorneys for Defendants
    ADRIAN VUCKOVICH and COLLINS,
    BARGIONE & VUCKOVICH

33369940