IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLAWOOD PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>   Plaintiffs,<br><br>   v.<br><br>ADRIAN VUCKOVICH, an individual; COLLINS, BARGIONE & VUCKOVICH, a partnership; and DOES 1 – 50, inclusive,<br><br>   Defendants. | Case No. 1:17-cv-1640<br><br>Honorable Andrea R. Wood |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on December 14, 2017 at 9:00 a.m. or as soon thereafter as counsel may be heard, Troutman Sanders LLP will appear on behalf of Plaintiffs Bill A. Busbice, Jr., Ollawood Productions, LLC, and Ecibub, LLC before the Honorable Andrea R. Wood in the United States District Court of the Northern District of Illinois, Eastern Division and then and there present its Agreed Motion to Extend Case Deadlines.

33393771

Dated:  December 6, 2017    Respectfully submitted,

          By:  /s/ Paul L. Gale
             Paul L. Gale
             Lauren E. Grochow
             TROUTMAN SANDERS LLP
             5 Park Plaza, Suite 1400
             Irvine, CA 92614
             949-622-2700
             Email:  paul.gale@troutmansanders.com
             Email:  lauren.grochow@troutmansanders.com

             Robert E. Browne, Jr.
             TROUTMAN SANDERS LLP
             55 West Monroe Street, Suite 3000
             Chicago, IL 60603
             Email:  robert.browne@troutmananders.com

             Attorneys for Plaintiffs
             BILL A. BUSBICE, JR., OLLAWOOD
             PRODUCTIONS, LLC, and ECIBSUB, LLC

33393771