**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLAWOOD PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> ADRIAN VUCKOVICH, an individual; COLLINS, BARGIONE & VUCKOVICH, a partnership; and DOES 1 – 50, inclusive, <br><br> Defendants. | Case No. 1:17-cv-1640 <br><br> Honorable Andrea R. Wood |

## NOTICE OF MOTION

TO:    See attached Service List.

*PLEASE TAKE NOTICE* that on the **9th** day of **January, 2018,** at **9:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Andrea R. Wood,** or any judge sitting in her stead in **Courtroom 1925** or in the courtroom usually occupied by her at the **United States District Court, Northern District, 219 South Dearborn St., Chicago, Illinois**, and shall then and there present **MOTION TO QUASH PLAINTIFFS' SUBPOENA TO JP MORGAN CHASE BANK** on behalf of Defendants, ADRIAN VUCKOVICH and COLLINS, BARGIONE & VUCKOVICH**;** a copy of which was electronically served upon the attorneys set forth above.

                                                                                                    /s/ Amir R. Tahmassebi

Daniel F. Konicek (6205408)                           Attorney for Defendants
Amir R. Tahmassebi (6287787)
Thomas J. Long (#6185763)
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL 60134
630.262.9655

## CERTIFICATE OF SERVICE

      The undersigned states that the foregoing instrument was served upon all attorneys of record as set forth on the attached Service List, electronically via CM/ECF, and **via facsimile only to JP Morgan Chase Bank** on **January 3, 2018**.

                                                                                                    /s/ Amir R. Tahmassebi

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

BILL A. BUSBICE, JR., an individual; OLLAWOOD PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,

Plaintiffs,

v.

ADRIAN VUCKOVICH, an individual; COLLINS, BARGIONE & VUCKOVICH, a partnership; and DOES 1 – 50, inclusive,

Defendants.

Case No. 1:17-cv-1640

Honorable Andrea R. Wood

## SERVICE LIST

TO:  Paul L. Gale
Edward Kim
Lauren E. Grochow
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614

Robert E. Browne, Jr.
Troutman Sanders LLP
One North Wacker Drive, Suite 2905
Chicago, IL 60606

*Via Facsimile Only (317) 757-7421*
J.P. Morgan Chase Bank
Attention: Pam Towle
7610 West Washington Street
Indianapolis, IN 46231