UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Bill A. Busbice Jr., et al.
                           Plaintiff,

v.                                          Case No.: 1:17−cv−01640
                                               Honorable Andrea R. Wood

Adrian Vuckovich, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 7, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. As stated on the record, Defendants' motion to quash [80] is taken under advisement as fully briefed. Plaintiffs' motion to compel [86] is taken under advisement. Status hearing set for 3/8/2018 [78] remains firm. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.