IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLAWOOD PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>  Plaintiffs,<br><br>  v.<br><br>ADRIAN VUCKOVICH, an individual; COLLINS, BARGIONE & VUCKOVICH, a partnership; and DOES 1 – 50, inclusive,<br><br>  Defendants. | Case No. 1:17-cv-1640<br><br>Honorable Andrea R. Wood<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF LAUREN E. GROCHOW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES**

I, Lauren E. Grochow, declare as follows:

1. I am an attorney with the law firm of Troutman Sanders LLP, counsel for Plaintiffs Bill A. Busbice, Jr., Ollawood Productions, LLC, and Ecibsub LLC (collectively, "Busbice") in this action. I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so. I submit this declaration in support of Plaintiffs' Motion to Compel Responses to Interrogatories.

2. The parties met and conferred on February 14, 2018 regarding Defendant Collins, Bargione & Vuckovich's ("CBV") failure to respond to Busbice's First Set of Interrogatories. During that call, counsel for CBV, Amir Tahmassebi stated that CBV would not be supplementing its responses to Busbice's interrogatories without a court order.

3. On December 19, 2017, Busbice served interrogatories on CBV. A true and correct copy of those interrogatories is attached hereto as Exhibit 1.

34123117

4. On January 31, 2018, I wrote a letter to counsel for CBV to inquire about CBV's past due interrogatory responses. A true and correct copy of that letter is attached hereto as <u>Exhibit 2</u>.

5. On February 5, 2018, after the deposition of Bridget Atherton, CBV's bookkeeper, my colleague Paul L. Gale inquired with Daniel Konicek, CBV's lead counsel, as to the status of CBV's interrogatory responses. Mr. Konicek replied that he would have to defer to his partner, Amir Tahmassebi, regarding the interrogatories.

6. On February 5, 2018, I emailed Mr. Tahmassebi, inquiring about the status of CBV's responses to the interrogatories. That same day, I received a response from Sheila Jacobsen at Mr. Tahmassebi's office, informing me that "Mr. Tahmassebi is on trial this week. He will be in contact with you to arrange for a call at the conclusion of the trial." A true and correct copy of the email chain is attached hereto as <u>Exhibit 3</u>.

7. On February 6, 2018, CBV served its responses to Busbice's First Set of Interrogatories. A true and correct copy of those responses is attached hereto as <u>Exhibit 4</u>.

8. On February 6, 2018, I sent CBV's counsel a letter explaining that CBV had waived its objections by serving untimely responses and that CBV's responses were deficient. A true and correct copy of this letter is attached hereto as <u>Exhibit 5</u>.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2018 at Irvine, California.

    /s/ Lauren E. Grochow  
    Lauren E. Grochow