# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Bill A. Busbice Jr., et al.

                      Plaintiff,

v.                                           Case No.: 1:17−cv−01640

                                                           Honorable Andrea R. Wood

Adrian Vuckovich, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Pursuant to the discussion held in open court, by 3/6/2018, Defendants may file a response to Plaintiff's motion to compel [92]. Defendants' response shall not to exceed five pages in length. Plaintiff's motion to compel [92] is continued to the next status hearing. Status hearing set for 3/8/2018 at 9:00 a.m. [78] is stricken and reset for 3/8/2018 at 10:00 AM. TIME CHANGE ONLY. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.