**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Bill A. Busbice Jr., et al.
                                    Plaintiff,

v.                                                                      Case No.: 1:17−cv−01640
                                                                                 Honorable Andrea R. Wood

Adrian Vuckovich, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 12, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Agreed motion to extend dispositive motion dates [116] is granted. The dispositive motions deadline is extended to 6/27/2018. Status hearing set for 6/26/2018 is stricken and reset for 7/3/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.