IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLAWOOD PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ADRIAN VUCKOVICH, an individual; COLLINS, BARGIONE & VUCKOVICH, a partnership; and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No. 1:17-cv-1640<br><br>Honorable Andrea R. Wood<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF BILL A. BUSBICE, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT #2 AS TO NEGLIGENCE AND BREACH OF FIDUCIARY DUTY**

I, Bill A. Busbice, Jr., declare as follows:

1. I am a plaintiff in the above-captioned action, and a managing member of the two other plaintiffs, Ollawood Productions, LLC ("Ollawood") and Ecibsub, LLC ("Ecibsub"). I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so.

2. My primary residence is in Wyoming.

3. Ollawood is a Louisiana limited liability company. I am the sole member of Ollawood.

4. Ecibsub is a Louisiana limited liability company. Ecibsub's members are: myself, Dorothy Elizabeth Lippman Busbice, an individual domiciled and residing in Wyoming; and Rebecca T. Romero, an individual domiciled and residing in Louisiana, as Trustee for the Ryan Alfred Busbice Family II Trust, the William Matthew Busbice Family II Trust, and the Sarah Elizabeth Family II Trust. None of these trusts are Illinois trusts.

35340230

5. Luxe One, Inc. ("Luxe One") was formed to provide funding for a prints and advertising ("P&A") loan in connection with the theatrical release of *The Letters*, a film about the life of Mother Teresa. A true and correct copy of the term sheet provided to me by James David Williams ("Williams") for my first investment in Luxe One is attached hereto as Exhibit A.

6. Luxe One is a California corporation that Williams formed in July 2013, with its principal place of business in Los Angeles, California. Attached hereto as Exhibit B is a copy of the Official Corporate Records of Luxe One, Inc., including the Articles of Incorporation.

7. At the time of Luxe One's formation, the documents reflected that Ollawood owned 25% of Luxe One's shares; Williams, through his investment vehicle New Legacy Film Investments V ("NLFI"), owned 25% of Luxe One's shares; and outside investor Chart Investment Fund CV12 ("Chart"), an outside investor, owned 50% of Luxe One's shares. Attached hereto as Exhibit C is a true and correct copy of the Waiver of Notice of Organization of Meeting of Directors and Issuance of Shareholder Certificates of Luxe One, Inc.

8. The documents reflected that Williams was Luxe One's President and Secretary, while I was Luxe One's Vice President and a director of Luxe One. A true and correct copy of the corporate meeting minutes reflecting this is attached hereto as Exhibit D.

9. In reliance upon representations by Williams and his counsel, Barry Reiss, through my investment vehicle Ollawood, I wire-transferred $6,000,000 through two separate wire transfers to Luxe One's bank account at J.P. Morgan Chase Bank, N.A. ("Chase") to invest in a P&A loan for *The Letters.*

10. In early May 2014, I discovered, upon receiving Luxe One's true Chase bank statements, that neither Williams, through NLFI or by any other means, nor Chart, had invested any funds into Luxe One. The funds wire transferred by me through Ollawood were the only funds ever

35340230

- 3 -

transferred into Luxe One's Chase bank account and none of those funds were invested in *The Letters*.

11. Under the terms of the July 30, 2015 settlement in *Busbice, et al. v. Williams, et al.*, Case No. CV 14-4007 PA (C.D. Cal.), Luxe One transferred and assigned to Ollawood "any and all claims, suits, causes of action, contract rights, intellectual property rights, insurance claims, tax refunds or rebates and/or any other enforcement rights and recoveries now or in the future by, for the account of or for the direct or indirect benefit of Luxe One."

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2018 at Jackson Hole, Wyoming.

_____
Bill A. Busbice, Jr.

35340230