## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A. | April 14, 2014 Letter to Chase Bank from Troutman Sanders |
| B. | May 7, 2014 Letter from Chase Bank |

# EXHIBIT A

MICHAEL D. FRIEDMAN
212.704.6309 telephone
212.704.5925 facsimile
michael.friedman@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0700
212.704.6000 telephone
troutmansanders.com

April 14, 2014

**BY ELECTRONIC MAIL**
john.j.kallenborn@chase.com

Mr. John Kallenborn
President
JP Morgan Chase Bank, NA – Louisiana,
New Orleans, Louisiana

> Re: Moment Factory, LLC – Chase Account No. ▮▮2853
> <u>Luxe One, Inc. -- Chase Account No. ▮▮2939</u>

Dear Mr. Kallenborn:

I write on behalf of Bill A. Busbice, Jr. and Olla Productions, LLC ("Olla"), the total membership units of which are wholly owned by Mr. Busbice. This is in follow-up to your recent meeting with Alfred Lippman, Esq., who is my co-counsel in the captioned matter in the representation of Mr. Busbice and Olla. Mr. Busbice caused Olla to make certain film related investments exceeding $10 million dollars, primarily (but not exclusively) with an individual named James David Williams ("Mr. Williams") and affiliated entities under his control.

Mr. Busbice has experienced difficulty in obtaining reliable verification of financial and banking information relating to his substantial investments, as described herein, even though all relevant documentation involved in each transaction clearly and unequivocally provides for our client to have the full access to all financial and banking records <u>and</u> our client, through Olla, is a member/manager and a shareholder/co-owner of the subject account holding entities, as further described herein below.

**A.    <u>Moment Factory, LLC – Chase Account No. ▮▮2853:</u>**

1.    On October 30, 2013, Olla invested $2,000,000 into Moment Factory, LLC, a California special purpose entity that was formed at the direction of Mr. Williams and which was to serve as the investment vehicle for a "prints and advertising" (P&A) loan for a motion picture named "Angels Sing". Proof of wired funds ($2,000,000) by Olla to Moment Factory, LLC's Chase bank account No. ▮▮2853 on October 30, 2013 is attached.

**TROUTMAN SANDERS**

April 14, 2014
Page 2

2.      Also attached is the "Account Summary" statement that was provided to Mr. Busbice by Mr. Williams, on October 28, 2013, 2 days before our client invested $2mm in "Angels Sing" on October 30, 2013. This Statement was sent by Mr. Williams to show that he had, through his own company, Legacy Film Crest, LLC ("Legacy"), already contributed his matching $2mm into the same Moment Factory LLC account (Chase Acct. No. ████2853).

3.      The "Lending Term Sheet" dated October 21, 2013 for the deal provides the terms of the Olla's loan/investment into Moment Factory, LLC and for the same $2mm loan/investment by Legacy. The agreement recites that Legacy had already funded its $2mm and states clearly that all investment/loan proceeds are to be at all times maintained in Chase Acct. No. ████2853.

Notably, the Lending Term Sheet at Paragraph 2 states that both parties (Olla Productions, LLC and Legacy Film Crest, LLC) "shall have full, equal and simultaneous access to all bank statements and other financial books and records…" Par. 4 also refers specifically to a collection account at Chase to receive and hold all proceeds to be received relating to the Film.

4.      Attached is the LLC Agreement of Moment Factory, LLC. The LLC Agreement lists Mr. Busbice as co-manager of the Company along with Mr. Williams (see par. 4.2), with full and equal management rights as to the Company. It also lists Olla as member of your depositor with a 50% ownership interest (see Exhibit A to the LLC Agreement) and states, at par. 8.5, that each Member has "full and equal access to all financial books and records of the Company, and to all material agreements, bank account information and other material information related to the business and financial affairs of the Company."

It is apparent that our clients have a compelling legal and contractual basis to obtain full financial disclosure as to all banking information related to this investment transaction, including verification of monies deposited and all amounts withdrawn and disbursed from the applicable Chase account.

**B.      Luxe One, Inc. – Chase Account No. ████2939:**

1.      Also attached are the key documents on another P&A loan/investment transaction for a film entitled "The Letters". The entity through which this deal was done is Luxe One, Inc., a California special purpose corporation. The documentation associated with Luxe One, Inc., was proffered by Mr. Williams to Mr. Busbice last July. As the payment information attached shows, Mr. Busbice, again through Olla, invested $2mm into Luxe One, Inc. in July 2013 and another $4mm on January 2, 2014. The overall investment started as an aggregate $10 million dollar P&A loan and was later increased to a $22 million dollar loan. There are only 3 investor/shareholders in the overall investment of $22mm: Olla ($6mm), a Williams entity named New Legacy Film Investments V ($6mm), and another investor named Chart Investment Fund CV 12 ($10mm).

TROUTMAN
SANDERS

April 14, 2014
Page 3

2.      We have attached the corporate documents of Luxe One, Inc., including the board/shareholder consent and stock certificate, establishing Olla as a 25% equity owner. Article VI, par. 3 of the Shareholder Agreement and By-laws of Luxe One, Inc. gives each shareholder the right of access to the accounting books and records of the Company. In addition, as more fully described in the following paragraph, the Amendment to the P & A Lending Term Sheet signed in December 2013 (attached) explicitly provides (at par. 10) that our client shall be regularly apprised of all financial results relating to the Picture and shall have the right to receive all account statements, financial and bank account information of Luxe One, Inc.

3.      The Amendment further provides, among other things, that all proceeds relating to the project would be maintained in a segregated, special purpose account with Chase Bank at 18601 Devonshire Street, Northridge, CA 91324, Account No.███2939 and assurances were given to our client that he would have full and complete access to all corporate, financial and bank account information. In this regard, par. 10 of the Amendment expressly states that:

> "Company shall maintain accurate and complete books and records relating to the Picture and all business activities related to the Picture. The Company shall keep Lender regularly apprised of its activities in connection with the Picture, including all financial results relating to the Picture. Lender shall, upon request to the Company, have the right to receive copies of and/or to examine corporate and shareholder information of the Company, account statements, financial and bank account information, budgets and expenditures, marketing and distribution plans and other material documents and agreements relating to the Picture and the prints and advertising activities performed or to be performed by Company in connection with the Picture as contemplated herein."

4.      In mid-December, while seeking an additional $4mm from Mr. Busbice, representations were made to our client that all other funds (i.e., the $6mm by New Legacy and $10mm by Chart Investment) had already been deposited into Luxe One, Inc. – Account No.███2939. Our client then requested financial verification showing that all other funds had been raised and had been deposited into the Chase account.  In response, on December 18, 2013, our client was provided an Account Summary Statement (copy attached) purportedly confirming that there was $18,014,609.46 in the Luxe One account as of 12/17/2013.

Our client has since received certain other financial information, including other bank statements that purport to be from Chase Bank, that refer to transfers to and from other accounts and appear to be contradictory to the amount stated in the Summary Statement as of 12/17/13 and contain other contradictions to information provided by Mr. Williams. Our client is seeking to verify the applicable financial and bank account information and we ask that you review the contents of this letter so that we may be provided immediate access, for verification purposes, to the bank information our client has been patiently seeking. We thank you for your immediate cooperation with regard to these matters and would be most willing to address the matter further and to respond to any questions you may have.

TROUTMAN
SANDERS

April 14, 2014
Page 4

As a supplement to the foregoing, we also provide the following information:

a. Payment document dated July 8, 2013 showing initial $2mm investment by Olla to Luxe One, Inc. for "The Letters" project.

b. Payment document dated January 2, 2014 showing additional $4mm investment to Luxe One, Inc. for "The Letters" project – bringing the total investment by Olla to $6mm.

c. The Account Summary Statement provided by David Williams on December 18, 2013, purportedly confirming that there was $18,014,609.46 in the Luxe One account as of 12/17/2013.

d. Purported bank statements of Luxe One, Inc. for December 2013, January 2014 and February 2014.

e. The company documents of Olla establishing that Bill Busbice, Jr. is the 100% owner of the membership units of Olla Productions, LLC.

Again, thank you for your assistance.

Very truly yours,

Michael D. Friedman

cc: Bill A. Busbice, Jr.
  Alfred Lippman, Esq.

# EXHIBIT B



# CHASE ◯      J.P.Morgan

```
To:     12127045925
From:   MARK.MORRIS@chase.com
Date:   May 07, 05:06:34 PM GMT
Subj:   Statements
Pages:  17
```

---

Here are the statements for April 30. We froze the accounts on April 23. You will note 3 debit card charges that paid on 4/24. That is because they were preauthorized before the freezes were placed, so we were obligated to pay them.

**Mark D. Morris**
Executive Director and Assistant General Counsel
JPMorgan Chase Bank, N.A.
221 W. Sixth St.
Mailcode TX3-8225
Austin, Texas 78701
Telephone: (512) 479-2313
Fax: (512) 287-3118

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.



EXHIBIT
#186
6|5|18 CR

Confidentiality Notice: This transmission is intended for the use of the individual or entity to which it is addressed, and it may contain information that is confidential or privileged under law. If the reader of this message is not the intended recipient, you are hereby notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you received this fax in error, please notify the sender immediately by telephone and destroy the original. Thank you.



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

April 01, 2014 through April 30, 2014

Account Number: ████████1572

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00020117 DRE 703 210 12114 NNNNNNNNNNN 1 000000000 60 0000
LUXE ONE INC.
9909 TOPANGA CANYON BLVD UNIT 135
CHATSWORTH CA 91311-3602



Manage your Business easier with Account Alerts
Chase offers Account Alerts1 to help you manage all your business accounts. Choose the alerts and customize their settings.

Chase Instant Action AlertsSM - Receive a text if your balance dips below zero or your preset limit. You can immediately respond with a text to transfer funds. It's fast, easy and helps you avoid potential fees.

Daily Alerts - Monitor the transactions that exceed your thresholds with a daily text or email from us.

Security Alerts - Set dollar limits for different transactions, including ATM withdrawals, debit card activity, money transfers and online bill payments. We'll send a real-time alert when a transaction exceeds your specified amount.

To learn more, visit www.chase.com/bbalerts

1There is no charge from Chase, but message and data rates may apply. Such charges include those from your communications service provider. Delivery of alerts may be delayed for various reasons, including service outages affecting your phone, wireless or internet provider; technology failures; and system capacity limitations. Any time you review your balance, keep in mind it may not reflect all transactions including recent debit card transactions or checks you have written. A qualifying Chase transfer account is required to transfer funds via text

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $255.91 |
| Deposits and Additions | 1 | 25,000.00 |
| ATM & Debit Card Withdrawals | 3 | - 215.43 |
| Fees and Other Withdrawals | 1 | - 25,000.00 |
| Ending Balance | 5 | $40.48 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/11 | Online Transfer From Chk ...2853 Transaction#: 3659408703 | $25,000.00 |
| **Total Deposits and Additions** | | **$25,000.00** |

CHASE 🔘

April 01, 2014 through April 30, 2014

Account Number ▮▮▮▮▮▮▮1572

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/01 | Card Purchase          03/30 Joeys Cafe West Hollywoo CA Card 1507 | $51.04 |
| 04/01 | Card Purchase With Pin  03/31 Arco Paypoint Santa Monica CA Card 1507 | 4.39 |
| 04/07 | ATM Withdrawal          04/07 332 Pico Blvd Santa Monica CA Card 1507 | 160.00 |
| Total ATM & Debit Card Withdrawals | | $215.43 |

## ATM & DEBIT CARD SUMMARY

Steven J Brown  Card 1507

| | | |
|---|---|---|
| Total ATM Withdrawals & Debits | | $160.00 |
| Total Card Purchases | | $55.43 |
| Total Card Deposits & Credits | | $0.00 |

ATM & Debit Card Totals

| | | |
|---|---|---|
| Total ATM Withdrawals & Debits | | $160.00 |
| Total Card Purchases | | $55.43 |
| Total Card Deposits & Credits | | $0.00 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/14 | 04/14 Withdrawal | $25,000.00 |
| Total Fees & Other Withdrawals | | $25,000.00 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 04/01 | $200.48 |
| 04/07 | 40.48 |
| 04/11 | 25,040.48 |
| 04/14 | 40.48 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 4 |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |

# CHASE

April 01, 2014 through April 30, 2014

Account Number: 1572

## SERVICE CHARGE SUMMARY (continued)

| | AMOUNT |
|---|---|
| SERVICE FEE CALCULATION | |
| Total Service Fees | $0.00 |

I0331170000090000002

 CHASE

April 01, 2014 through April 30, 2014

Account Number: ████████1572

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.  Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC



**CHASE** 🏛
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 01, 2014 through April 30, 2014

Account Number: ███████ 2939



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002835 DRE 703 210 12314 NNNNNNNNNN  1 00000000 D2 0000
LUXE ONE INC.
9909 TOPANGA CANYON BLVD UNIT 135
CHATSWORTH CA 91311-3602

Manage your Business easier with Account Alerts

Chase offers Account Alerts1 to help you manage all your business accounts. Choose the alerts and customize their settings.

Chase Instant Action AlertsSM - Receive a text if your balance dips below zero or your preset limit. You can immediately respond with a text to transfer funds. It's fast, easy and helps you avoid potential fees.

Daily Alerts - Monitor the transactions that exceed your thresholds with a daily text or email from us.

Security Alerts – Set dollar limits for different transactions, including ATM withdrawals, debit card activity, money transfers and online bill payments. We'll send a real-time alert when a transaction exceeds your specified amount.

To learn more, visit www.chase.com/bbalerts

1There is no charge from Chase, but message and data rates may apply. Such charges include those from your communications service provider. Delivery of alerts may be delayed for various reasons, including service outages affecting your phone, wireless or internet provider; technology failures; and system capacity limitations. Any time you review your balance, keep in mind it may not reflect all transactions including recent debit card transactions or checks you have written. A qualifying Chase transfer account is required to transfer funds via text.

### CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $772,031.02 |
| Checks Paid | 3 | - 22,578.00 |
| ATM & Debit Card Withdrawals | 14 | - 12,106.51 |
| Electronic Withdrawals | 6 | - 51,268.00 |
| Fees and Other Withdrawals | 2 | - 2,560.00 |
| Ending Balance | 25 | $683,518.51 |



Your Chase Platinum Business Checking account provides:
· No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
· 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
· $25,000 in cash deposits per statement cycle
· Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1040 ^ | | 04/08 | $17,078.00 |
| 1042 * ^ | | 04/11 | 2,000.00 |
| 1043 ^ | | 04/17 | 3,500.00 |
| Total Checks Paid | | | $22,578.00 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/01 | Card Purchase | 03/30 American Ai 00123346067 Dallas TX Card 0767 | $320.00 |
| 04/01 | Card Purchase | 03/30 American Ai 00123346067 Dallas TX Card 0767 | 320.00 |
| 04/02 | Card Purchase | 03/31 American Ai 00123346621 Dallas TX Card 0767 | 580.00 |
| 04/02 | Card Purchase | 03/31 Ftd*Ftd.Com 501-8336470 IL Card 0767 | 188.09 |
| 04/10 | Card Purchase | 04/08 Beverly Wilshire Hot Beverly Hills CA Card 0767 | 539.06 |
| 04/10 | Card Purchase | 04/08 Beverly Wilshire Hot Beverly Hills CA Card 0767 | 134.96 |
| 04/11 | Card Purchase | 04/09 Viceroy Seaside Sa Santa Monica CA Card 0767 | 61.47 |
| 04/14 | Card Purchase | 04/12 Charity Event- Abc 888-748-2323 IL Card 0767 | 5,000.00 |
| 04/16 | Card Purchase | 04/15 Delta Air  00623579031 Delta.Com CA Card 0767 | 1,138.90 |
| 04/16 | Card Purchase | 04/15 Delta Air  00623573389 Delta.Com CA Card 0767 | 1,274.90 |
| 04/16 | Recurring Card Purchase 04/16 Imdb 206-266-2425 WA Card 0767 | | 149.99 |
| 04/18 | Card Purchase | 04/17 Fedex 805066666037 800-4633339 TN Card 0767 | 59.18 |
| 04/21 | Card Purchase | 04/17 American Ai 00123354745 Dallas TX Card 0767 | 1,169.98 |
| 04/21 | Card Purchase | 04/17 American Ai 00123354745 Dallas TX Card 0767 | 1,169.98 |
| Total ATM & Debit Card Withdrawals | | | $12,106.51 |

## ATM & DEBIT CARD SUMMARY

James D Williams  Card 0767

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $12,106.51 |
| Total Card Deposits & Credits | $0.00 |

 CHASE

April 01, 2014 through April 30, 2014

Account Number ████████2939



ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $12,106.51 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | 04/01 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Tsunami Productions Inc. Redondo Beach CA 90277 US Ref: The Letters Nrb Imad: 0401B1Qgc01C008932 Trn: 5065400091Es | $2,658.00 |
| 04/01 | 04/01 Online Wire Transfer Via: Nicolet Natl Bank/075917937 A/C: Movie To Movement Hollywood CA 90078 US Ref: The Letters Imad: 0401B1Qgc03C005245 Trn: 5069900091Es | 11,250.00 |
| 04/11 | 04/11 Online Wire Transfer Via: Cy Natl Bk LA/122016066 A/C: United Talent Agency Client Trbeverly Hills CA 90210 US Ref: Plymouth Rights Payment Imad: 0411B1Qgc01C001094 Trn: 3286000101Es | 5,000.00 |
| 04/16 | 04/16 Online Wire Transfer Via: Bank of America, N.A./0959 A/C: Rdjr Holdings, LLC Calabasas CA 91302 US Ref: 4258 Temma Court Ssn: 0175028 Trn: 3346300106Es | 16,000.00 |
| 04/21 | 04/21 Online Wire Transfer Via: Associated Grn Bay/075900575 A/C: Aba/075000941 Menomonee Falls WI 53052-0010 Ben: Best And Flanagan, Ioltat Trusminneapolis MN 55402 US Ref: Donnelly 018341-313001 Highgate Imad: 0421B1Qgc02C000975 Trn: 3529800111Es | 12,500.00 |
| 04/22 | 04/22 Online Wire Transfer Via: Citz Bus Bk Ont/122234149 A/C: Blue Room Post Manhattan Beach CA 90266 US Ref: The Letters P & A Imad: 0422B1Qgc04C001423 Trn: 3299800112Es | 3,860.00 |
| Total Electronic Withdrawals | | $51,268.00 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | 04/01 Withdrawal | $2,500.00 |
| 04/03 | Service Charges For The Month of March | 60.00 |
| Total Fees & Other Withdrawals | | $2,560.00 |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 04/01 | $754,983.02 | 04/14 | 724,341.44 |
| 04/02 | 754,214.93 | 04/16 | 705,777.65 |
| 04/03 | 754,154.93 | 04/17 | 702,277.65 |
| 04/08 | 737,076.93 | 04/18 | 702,218.47 |
| 04/10 | 736,402.91 | 04/21 | 687,378.51 |
| 04/11 | 729,341.44 | 04/22 | 683,518.51 |

CHASE 

April 01, 2014 through April 30, 2014
Account Number: ██████████2939

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $20.00 |
| Total Service Charges | $20.00 |

Your service charges were waived for this statement cycle.  We value your relationship, and thank you for your banking business.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Monthly Service Fee | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| Other Service Charges: | | | | | |
| Credits | | | | | |
| Non-Electronic Transactions | 24 | 500 | 0 | $0.40 | $0.00 |
| Miscellaneous Fees | | | | | |
| Outgoing Wire - Domestic Online | 6 | 4 | 2 | $10.00 | $20.00 |
| Subtotal Other Service Charges | | | | | $20.00 |

ACCOUNT 000000222882939

| | | | | | |
|---|---|---|---|---|---|
| Other Service Charges: | | | | | |
| Credits | | | | | |
| Non-Electronic Transactions | 24 | | | | |
| Miscellaneous Fees | | | | | |
| Outgoing Wire - Domestic Online | 6 | | | | |

 CHASE ○

April 01, 2014 through April 30, 2014
Account Number: ▬▬▬▬▬2939

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance: $ _____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total: $ _____

3. Add Step 2 Total to Step 1 Balance.     Step 3 Total: $ _____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---------------------|--------|---------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total: -$ _____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC



April 01, 2014 through April 30, 2014
Account Number: ███████2939

This Page Intentionally Left Blank



**CHASE** ○
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

April 01, 2014 through April 30, 2014

Account Number: ███████2853

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

IlluullluulluullullullouullullluluI
00016482 DRE 703 142 13314 NNNNNNNNNNT 1 000000000 D7 0000
MOMENT FACTORY LLC
9909 TOPANGA CANYON BLVD UNIT 135
CHATSWORTH CA 91311-3602



Manage your Business easier with Account Alerts
Chase offers Account Alerts1 to help you manage all your business accounts. Choose the alerts and customize their settings.

Chase Instant Action AlertsSM - Receive a text if your balance dips below zero or your preset limit. You can immediately respond with a text to transfer funds. It's fast, easy and helps you avoid potential fees.

Daily Alerts - Monitor the transactions that exceed your thresholds with a daily text or email from us.

Security Alerts - Set dollar limits for different transactions, including ATM withdrawals, debit card activity, money transfers and online bill payments. We'll send a real-time alert when a transaction exceeds your specified amount.

To learn more, visit www.chase.com/bbalerts

1There is no charge from Chase, but message and data rates may apply. Such charges include those from your communications service provider. Delivery of alerts may be delayed for various reasons, including service outages affecting your phone, wireless or internet provider; technology failures; and system capacity limitations. Any time you review your balance, keep in mind it may not reflect all transactions including recent debit card transactions or checks you have written. A qualifying Chase transfer account is required to transfer funds via text.

## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $100,908.64 |
| Deposits and Additions | 1 | 38,162.08 |
| ATM & Debit Card Withdrawals | 12 | - 13,135.12 |
| Electronic Withdrawals | 4 | - 62,650.00 |
| Fees and Other Withdrawals | 4 | - 381.51 |
| Ending Balance | 21 | $62,904.09 |

CHASE

April 01, 2014 through April 30, 2014

Account Number: ███████2853

Your Chase Platinum Business Checking account provides:
· No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
· 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
· $25,000 in cash deposits per statement cycle
· Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/02 | Fedwire Credit Via: First American Trust, Fsb/122241255 B/O: First American Title Company Scottsdale AZ 85258 Ref: Chase Nyc/Ctr/Bnf=Moment Factory LLC Chatsworth, CA 913113602/Ac-000000005193 Rfb=O/B Fst Am Tr CO Obi=Buyer Refund, Ref. Calabasas Escimad: 0402L1B78J1C000520 Trn: 2297709092Ff | $38,162.08 |

| Total Deposits and Additions | $38,162.08 |
|------|------|

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 04/02 | Card Purchase | 04/01 P.F. Chang's #4200 Woodland Hill CA Card 6108 | $67.67 |
| 04/03 | Card Purchase | 04/01 American Ai 00123346921 Dallas TX Card 6108 | 1,026.42 |
| 04/03 | Card Purchase | 04/01 American Ai 00123346921 Dallas TX Card 6108 | 1,026.42 |
| 04/03 | Card Purchase | 04/01 American Ai 00123346921 Dallas TX Card 6108 | 1,026.42 |
| 04/03 | Card Purchase | 04/01 American Ai 00123346921 Dallas TX Card 6108 | 1,026.42 |
| 04/03 | Card Purchase | 04/01 American Ai 00123346921 Dallas TX Card 6108 | 1,026.42 |
| 04/03 | Card Purchase | 04/01 American Ai 00123346921 Dallas TX Card 6108 | 1,026.42 |
| 04/03 | Non-Chase ATM Withdraw | 04/03 21520 Victory Blvd Woodland Hill CA Card 6108 | 502.95 |
| 04/03 | Recurring Card Purchase | 04/02 Netflix.Com Netflix.Com CA Card 6108 | 7.99 |
| 04/14 | Card Purchase | 04/11 Paypal *Dovefoundat 402-935-7733 CA Card 6108 | 3,400.00 |
| 04/16 | Card Purchase | 04/16 Dnh*Godaddy.Com 480-505-8855 AZ Card 6108 | 272.24 |
| 04/16 | Card Purchase | 04/15 Spiegel And Utrera PC 323-9363400 CA Card 6108 | 2,725.75 |

| Total ATM & Debit Card Withdrawals | $13,135.12 |
|------|------|

## ATM & DEBIT CARD SUMMARY

James D Williams   Card 6108

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $502.95 |
| | Total Card Purchases | $12,632.17 |
| | Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $502.95 |
| | Total Card Purchases | $12,632.17 |
| | Total Card Deposits & Credits | $0.00 |

**CHASE** ○

April 01, 2014 through April 30, 2014

Account Number: ████ 2853

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/01 | 04/01 Online Wire Transfer Via: Union Bank NA/0049 A/C: Law Offices of Allan M. Kassir woodland Hills CA 91364 US Ref: Cama Acct. Review Ssn: 0416132 Trn: 5061900091Es | $2,070.00 |
| 04/10 | 04/10 Online Wire Transfer Via: Santander Blv231372691 A/C: The Preservation Advisor Groupnew York NY 10002 US Imad: 0410B1Qgc08C001354 Trn: 3326100100Es | 10,580.00 |
| 04/11 | 04/11 Online Transfer To Chk ...1572 Transaction#: 3859408703 | 25,000.00 |
| 04/11 | 04/11 Online Transfer To Chk ...3966 Transaction#: 3959410155 | 25,000.00 |
| | Total Electronic Withdrawals | $62,650.00 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/03 | Service Charges For The Month of March | $95.00 |
| 04/24 | Card Purchase 0421Grand Hyatt Dlw F&B Dallas TX 04427427043906108 | 237.56 |
| 04/24 | Card Purchase 0422Lax Airport Lot P 3 Los Angeles CA 04427427043906108 | 30.00 |
| 04/24 | Card Purchase 0422The Parking Spot 32 Los Angeles CA 04427427043906108 | 18.95 |
| | Total Fees & Other Withdrawals | $381.51 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 04/01 | $98,838.64 |
| 04/02 | 136,933.05 |
| 04/03 | 130,168.59 |
| 04/10 | 119,588.59 |
| 04/11 | 69,588.59 |
| 04/14 | 66,188.59 |
| 04/16 | 63,190.60 |
| 04/24 | 62,904.09 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| Total Service Charges | $95.00 |

Your service charges were waived for this statement cycle. We value your relationship, and thank you for your banking business.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|-------------|--------|---------|---------|------------|-------|
| Monthly Service Fee | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| No Hassle Fees | | | | | |
| ATM - Non Chase Withdrawal | 1 | Unlimited | 0 | $2.00 | $0.00 |
| Other Service Charges: | | | | | |
| Electronic Credits | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| Credits | | | | | |
| Non-Electronic Transactions | 14 | 500 | 0 | $0.40 | $0.00 |
| Electronic Credits | | | | | |
| Incoming Wires - Domestic | 1 | Unlimited | 0 | $10.00 | $0.00 |



April 01, 2014 through April 30, 2014
Account Number: ████████2853

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Miscellaneous Fees | | | | | |
| Outgoing Wire - Domestic Online | 2 | 4 | 0 | $10.00 | $0.00 |
| Subtotal Other Service Charges | | | | | $95.00 |

### ACCOUNT 000000519372853

| | | | | | |
|---|---|---|---|---|---|
| Monthly Service Fee | | | | | |
| Monthly Service Fee | 1 | | | | |
| No Hassle Fees | | | | | |
| ATM - Non Chase Withdrawal | 1 | | | | |
| Other Service Charges: | | | | | |
| Electronic Credits | | | | | |
| Electronic Credits | 1 | | | | |
| Credits | | | | | |
| Non-Electronic Transactions | 14 | | | | |
| Electronic Credits | | | | | |
| Incoming Wires - Domestic | 1 | | | | |
| Miscellaneous Fees | | | | | |
| Outgoing Wire - Domestic Online | 2 | | | | |


**CHASE** ◇

April 01, 2014 through April 30, 2014

Account Number: ████████ 2853

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.**

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:    $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:    $_____

3. Add Step 2 Total to Step 1 Balance.          Step 3 Total:    $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:    -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:    $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

     JPMorgan Chase Bank, N.A. Member FDIC



April 01, 2014 through April 30, 2014

Account Number: ██████████ 2853

This Page Intentionally Left Blank