UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Bill A. Busbice Jr., et al.
                                        Plaintiff,

v.                                                       Case No.: 1:17−cv−01640
                                                      Honorable Andrea R. Wood

Adrian Vuckovich, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 12, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Pursuant to the discussion held in open court, briefing of the parties' cross−motions for summary judgment [126], [143], [145] is closed and the motions are taken under advisement for ruling. Plaintiffs' motion to strike [170] is taken under advisement without any additional briefing. Status hearing set for 10/24/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.