ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Bill A. Busbice Jr., Ollawood Productions, LLC, Ecibsub, LLC,

Plaintiff(s),

v.

Adrian Vuckovich, Collins, Bargione and Vuckovich,

Defendant(s).

Case No. 1-17-cv-01640
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,
which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of Defendants Adrian Vuckovich and Collins, Bargione and Vuckovich and against Plaintiffs Bill A. Busbice Jr., Ollawood Productions, LLC, and Ecibsub, LLC.

This action was *(check one)*:

☒ tried by a jury with Judge Andrea Wood presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date: 12/14/2018

Thomas G. Bruton, Clerk of Court

/s/Lesley Fairley, Deputy Clerk